**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

CLINT BEASON,                                                    )
                                                                 )
                              Plaintiff,                         )
                                                                 )
vs.                                                              )          CIV-16-83-FHS
                                                                 )
STATE FARM FIRE AND CASUALTY                                     )
COMPANY,                                                         )
                                                                 )
                              Defendant.                         )

**JUDGMENT DISMISSING ACTION
BY REASON OF SETTLEMENT**

The Court has been advised by counsel that this action has been settled, or is in the

process of being settled.  Therefore, it is not necessary that the action remain upon the calendar of

the Court.

**IT IS ORDERED** that the action is dismissed without prejudice.  The Court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement

has not been completed and further litigation is necessary.

**IT IS ORDERED** that the parties are directed to submit final closing papers

within thirty (30) days from the date of this order.

**DATED** this 22nd day of September, 2016.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma